§UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

June 1, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MANUEL CHAVEZ-ALVAREZ,

Defendant.

Case No.  2:25-CR-00264-DAD-1

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MANUEL CHAVEZ-ALVAREZ,

Case No. 2:25-CR-00264-DAD-1 , Charge Title 8 U.S.C. § 1326, from custody for the

following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Corporate Surety Bail Bond

**X** (Other): Court sentenced Defendant to a term of imprisonment of
time served. Defendant Shall be Ordered Released on 6/1/2026.

Issued at Sacramento, California on June 1, 2026, at ___*10:28*___ a.m

By: ___*Dale A. Drozd*___

District Judge Dale A. Drozd